Patrice L. Bishop (182256)
Stull, Stull & Brody
8383 Wilshire Blvd., Suite 800
Beverly Hills, CA 90211
Tel: 323-456-8638
Fax: 323-456-8601

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., DATA SECURITY BREACH LITIGATION<br>This Document Relates to:<br>BRITTANY DURGIN, Individually and on Behalf of all Others Similarly Situated, Plaintiff,<br>v.<br>RASIER, LLC, RASIER-CA, LLC, and UBER TECHNOLOGIES, INC.,<br>Defendants. | MDL No. 2:18-ml-02826-PSG-GJS<br><br>Case No. 2:18-cv-03169-PSG-GJS<br><br>NOTICE OF DISMISSAL PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 41(a) or (c); ORDER |

PLEASE TAKE NOTICE: (*Check one*)

☑ This action is dismissed by the Plaintiff(s) in its entirety.

☐ The Counterclaim brought by Claimant(s) _____ is dismissed by Claimant(s) in its entirety.

☐ The Cross-Claim brought by Claimants(s) _____ is dismissed by the Claimant(s) in its entirety.

☐ The Third-party Claim brought by Claimant(s) _____ is dismissed by the Claimant(s) in its entirety.

☐ ONLY Defendant(s) _____

is/are dismissed from (*check one*) ☐ Complaint, ☐ Counterclaim, ☐ Cross-claim, ☐ Third-Party Claim brought by _____

The dismissal is made pursuant to F.R.Civ.P. 41(a) or (c).

June 12, 2020                    /s/ Patrice L. Bishop
Date                             Signature of Attorney/Party

IT IS SO ORDERED.
DATED: 6/17/2020
UNITED STATES DISTRICT JUDGE
(case already closed)

NOTE: F.R.Civ.P. 41(a): This notice may be filed at any time before service by the adverse party of an answer or of a motion for summary judgment, whichever first occurs.

F.R.Civ.P. 41(c): Counterclaims, cross-claims & third-party claims may be dismissed before service of a responsive pleading or prior to the beginning of trial.